UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER RIVERA,
    Petitioner,

v.      Case No. 4:25cv80-MCR-MAL

WARDEN FCI TALLAHASSEE,
    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 7, 2025.  *See* ECF No. 8.  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this order.

2.    Rivera's petition under 28 U.S.C. § 2241 (ECF No. 2) is **DISMISSED** for her failure to comply with an order of the Court.

3. The clerk is directed to close the case file.

**DONE and ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No.: 4:25cv80-MCR-MAL